UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLES RAY ANDREWS, JR.,      )
                               )
          Plaintiff,           )
                               )          CIVIL ACTION NO.
VS.                            )
                               )          3:14-CV-3913-G (BF)
DALLAS POLICE DEPARTMENT,      )
                               )
          Defendant.           )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

The court notes plaintiff has filed twenty cases in the Northern District of Texas since November 4, 2014. Three of these cases have pending findings, conclusions and recommendations that the cases be dismissed. See *Andrews v. Bank of America*, 3:14-CV-3914-K, *Andrews v. Cheney*, 3:14-CV-0081-D, and *Andrews v. State of Texas*, 3:15-CV-0109-L. The court hereby warns plaintiff that if he persists in filing

future frivolous or delusional complaints, or otherwise abusing the litigation process, the court may impose sanctions against him, including monetary sanctions.

    **SO ORDERED**.

January 21, 2015.

                                    /s/ A. Joe Fish
                                    **A. JOE FISH**
                                    **Senior United States District Judge**